```
                                        FILED
                                CLERK, U.S. DISTRICT COURT

                                     DEC - 2 2019

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| U.S.    v.    PLAINTIFF | 19 MJ - 04991 |
| Nicholas Hodges    DEFENDANT. | DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS |

I, __Nicholas Hodges__, declare that
(Defendant/Material Witness)

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender my passport and all other travel document(s) issued to me to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case.

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __2nd__ day of __December__, 20__19__.
at __Los Angeles, California__
       (City and State)

__[signature]__
*Signature of Defendant/Material Witness*

---

If the declarant is not an English speaker, include the following:

I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this form from English into _____ to declarant _____ on this date.

Date: _____      _____
                                           *Interpreter*

CR-37 (05/15)        DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS